000428
V4N  500058 5810DP P

# Earnings Statement

**ADP**

OLD YORK ROAD PRINTING LLC
50 W STREET ROAD
WARMINSTER, PA 18974-3203

Period Beginning:  03/22/2020
Period Ending:     04/04/2020
Pay Date:          04/10/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1, $20 Additional Tax
  PA:      N/A

KEVIN BRENNAN
300 WOODBINE AVE
FEASTERVILLE PA 19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0200 | 80.00 | 2,561.60 | 19,212.00 |
| Overtime | 48.0300 | 17.00 | 816.51 | 1,813.14 |
| Holiday | | | | 768.48 |
| Vacation | | | | 512.32 |
| **Gross Pay** | | | **$3,378.11** | 22,305.94 |

Your federal taxable wages this period are $2,930.62

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 5.06 | 40.48 |
| Pto Balance | | 0.00 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -281.71 | 1,724.96 |
| | Social Security Tax | -194.27 | 1,261.55 |
| | Medicare Tax | -45.43 | 295.04 |
| | PA State Income Tax | -96.04 | 623.43 |
| | Warminster T Income Tax | -31.28 | 203.08 |
| | Warminster T Local Svc Tax | -2.00 | 16.00 |
| | PA SUI/SDI Tax | -2.02 | 13.38 |
| Other | | | |
| | Dental Bu Coupl | -19.09* | 152.72 |
| | Platinum Couple | -230.77* | 1,846.16 |
| | 401K Loan 1 | -45.69 | 365.52 |
| | 401K Pre Tax | -202.69* | 1,312.62 |
| **Net Pay** | | **$2,227.12** | |
| Checking 1 | | -2,227.12 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OLD YORK ROAD PRINTING LLC
50 W STREET ROAD
WARMINSTER, PA 18974-3203

Advice number:  00000150013
Pay date:       04/10/2020

**Deposited to the account of**
KEVIN BRENNAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5716 | xxxx xxxx | $2,227.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

V4N   500058 5810DP P   0000
SEQ 001563

OLD YORK ROAD PRINTING LLC
50 W STREET ROAD
WARMINSTER, PA 18974-3203

Period Beginning: 03/08/2020
Period Ending: 03/21/2020
Pay Date: 03/27/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  1, $20 Additional Tax
  PA:       N/A

KEVIN BRENNAN
300 WOODBINE AVE
FEASTERVILLE PA 19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0200 | 80.00 | 2,561.60 | 16,650.40 |
| Overtime | 48.0300 | 9.00 | 432.27 | 996.63 |
| Holiday | | | | 768.48 |
| Vacation | | | | 512.32 |
| **Gross Pay** | | | **$2,993.87** | 18,927.83 |

Your federal taxable wages this period are $2,569.44

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 5.06 | 35.42 |
| Pto Balance | | 0.00 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -238.37 | 1,443.25 |
| | Social Security Tax | -170.44 | 1,067.28 |
| | Medicare Tax | -39.87 | 249.61 |
| | PA State Income Tax | -84.24 | 527.39 |
| | Warminster T Income Tax | -27.44 | 171.80 |
| | Warminster T Local Svc Tax | -2.00 | 14.00 |
| | PA SUI/SDI Tax | -1.80 | 11.36 |
| **Other** | | | |
| | Dental Bu Coupl | -19.09* | 133.63 |
| | Platinum Couple | -230.77* | 1,615.39 |
| | 401K Loan 1 | -45.69 | 319.83 |
| | 401K Pre Tax | -179.63* | 1,109.93 |
| **Net Pay** | | **$1,954.53** | |
| Checking 1 | | -1,954.53 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 1998, 2006, ADP, LLC All Rights Reserved
© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OLD YORK ROAD PRINTING LLC
50 W STREET ROAD
WARMINSTER, PA 18974-3203

Advice number: 00000130013
Pay date: 03/27/2020

Deposited to the account of
KEVIN BRENNAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5716 | xxxx xxxx | $1,954.53 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

## Earnings Statement — ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| V4N | 500058 | 5810DP | P | 0000110013 | 1 |
| SEQ 001546 | | | | | |

OLD YORK ROAD PRINTING LLC
50 W STREET ROAD
WARMINSTER, PA 18974-3203

Period Beginning: 02/23/2020
Period Ending: 03/07/2020
Pay Date: 03/13/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1, $20 Additional Tax
  PA: N/A

KEVIN BRENNAN
300 WOODBINE AVE
FEASTERVILLE PA 19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0200 | 80.00 | 2,561.60 | 14,088.80 |
| Overtime | 48.0300 | 2.75 | 132.08 | 564.36 |
| Holiday | | | | 768.48 |
| Vacation | | | | 512.32 |
| **Gross Pay** | | | **$2,693.68** | 15,933.96 |

Your federal taxable wages this period are $2,287.26

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 5.06 | 30.36 |

Pto Balance 0.00

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -204.51 | 1,204.88 |
| | Social Security Tax | -151.83 | 896.84 |
| | Medicare Tax | -35.50 | 209.74 |
| | PA State Income Tax | -75.03 | 443.15 |
| | Warminster T Income Tax | -24.44 | 144.36 |
| | Warminster T Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -1.62 | 9.56 |
| | **Other** | | |
| | Dental Bu Coupl | -19.09* | 114.54 |
| | Platinum Couple | -230.77* | 1,384.62 |
| | 401K Loan 1 | -45.69 | 274.14 |
| | 401K Pre Tax | -161.62* | 930.30 |
| | **Net Pay** | **$1,741.58** | |
| | Checking 1 | -1,741.58 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

---

**THIS IS NOT A CHECK — NON-NEGOTIABLE**

OLD YORK ROAD PRINTING LLC
50 W STREET ROAD
WARMINSTER, PA 18974-3203

Advice number: 00000110013
Pay date: 03/13/2020

Deposited to the account of: KEVIN BRENNAN
account number: xxxxxx5716
transit ABA: xxxx xxxx
amount: $1,741.58

---

## Earnings Statement — ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| V4N | 500058 | 5810DP | P | 0000090015 | 1 |
| SEQ 001955 | | | | | |

OLD YORK ROAD PRINTING LLC
50 W STREET ROAD
WARMINSTER, PA 18974-3203

Period Beginning: 02/09/2020
Period Ending: 02/22/2020
Pay Date: 02/28/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1, $20 Additional Tax
  PA: N/A

KEVIN BRENNAN
300 WOODBINE AVE
FEASTERVILLE PA 19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0200 | 72.00 | 2,305.44 | 11,527.20 |
| Overtime | 48.0300 | 3.50 | 168.11 | 432.28 |
| Vacation | 32.0200 | 8.00 | 256.16 | 512.32 |
| Holiday | | | | 768.48 |
| **Gross Pay** | | | **$2,729.71** | 13,240.28 |

Your federal taxable wages this period are $2,321.13

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 5.06 | 25.30 |

Pto Balance 0.00

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -208.57 | 1,000.37 |
| | Social Security Tax | -154.07 | 745.01 |
| | Medicare Tax | -36.04 | 174.24 |
| | PA State Income Tax | -76.13 | 368.12 |
| | Warminster T Income Tax | -24.80 | 119.92 |
| | Warminster T Local Svc Tax | -2.00 | 10.00 |
| | PA SUI/SDI Tax | -1.63 | 7.94 |
| | **Other** | | |
| | Dental Bu Coupl | -19.09* | 95.45 |
| | Platinum Couple | -230.77* | 1,153.85 |
| | 401K Loan 1 | -45.69 | 228.45 |
| | 401K Pre Tax | -163.78* | 768.58 |
| | **Net Pay** | **$1,767.14** | |
| | Checking 1 | -1,767.14 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

---

**THIS IS NOT A CHECK — NON-NEGOTIABLE**

OLD YORK ROAD PRINTING LLC
50 W STREET ROAD
WARMINSTER, PA 18974-3203

Advice number: 00000090015
Pay date: 02/28/2020

Deposited to the account of: KEVIN BRENNAN
account number: xxxxxx5716
transit ABA: xxxx xxxx
amount: $1,767.14