# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-12095-MDC

KEVIN P. BRENNAN
CATHERINE V. BRENNAN
300 WOODBINE AVENUE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEVIN P. BRENNAN
    CATHERINE V. BRENNAN
    300 WOODBINE AVENUE

    FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    TOVA WEISS
    BLITSHTEIN & WEISS P.C.
    648 2ND STREET PIKE
    SOUTHAMPTON, PA 18966

Date: 10/9/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee