# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Kevin P. Brennan**
**Catherine V. Brennan**

Debtor(s)

Case No.  **20-12095**

Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 3, 2021**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**All Creditors listed per POCs**

Capital One
**Capital One Auto Finance**
**Mariner Finance**
**Toyota Financial Services**
**Wells Fargo Home Mortgage**
**Midland Credit management, Inc.**
**Quantum 3 Group/Velocity Investments**
**Jefferson Capital Systmes**
**The Bank of Missouri**
**Quantum 3 Group/Comenity Capital Bank**
**Kevin and Catherine Brennan**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**