# United States Bankruptcy Court for the Eastern District of Pennsylvania

Case NO. 2:2020bk12095

IN RE:
Kevin P. Brennan and Catherine V. Brennan
    Debtor

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Claim No: 13 for Allen S. Ruane DDS PC for $481.20 filed 7/2/2020

  Comes now, the undersigned, in the above- referenced case, hereby moves, forthwith, to remove the claim from plain or traditional consideration or in such a manner as the court deems necessary.

/s/ Carter M. Conley

By: Carter M. Conley
Chapter Holdings llc
Agent of Creditor

FILED
FEB 8 2021
TIMOTHY McGRATH, CLERK

Dated: 1/27/2021

