# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Kevin P. Brennan**
**Catherine V. Brennan**

Debtor(s)

Case No.  **20-12095**

Chapter  **13**

## ORDER

AND NOW, on this _____ day of _____, 2021, upon consideration of the Application for Compensation, notice, opportunity for hearing, and certification of no objection, counsel fees to Tova Weiss, Esquire, are allowed in the following amounts

| | |
|---|---|
| Total Fee Award…………………………………………………….| $4,250.00 |
| Court costs already paid:……………………………………………| $310.00 |
| Total Expense(s) cost……………………………………………….| $0 |
| Attorney Fee already paid by Debtor……………………………….| $2,000.00 |
| Net Amount to be Paid by Trustee………………………....………..| $2,250.00 |

The net amount is to be paid by the Trustee to Tova Weiss, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____

J.