B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | **Kevin P. Brennan**<br>**Catherine V. Brennan** | )<br>)<br>) |
| | Debtor | )<br>) Case No.<br>) **20-12095**<br>)<br>) |
| Address | **300 Woodbine Avenue**<br>**Feasterville Trevose, PA 19053** | ) Chapter **13** |
| Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): | **xxx-xx-5136 &  xxx-xx-3559** | ) |
| Employer's Tax Identification (EIN) No(s). (if any): | | )<br>) |

## NOTICE OF FILING OF APPLICATION
## FOR APPROVAL OF COUNSEL FEES

PLEASE TAKE NOTICE that the attorney for the debtor, Tova Weiss, Esquire, has filed an application with the Court for approval of payment of counsel fees in the amount of $4,250.00 total fee, for work performed in legal representation of the debtor in all matters related to the filing of said Chapter 13 Petition.

Counsel, requests an award of $4,250.00 less the amount of $2,000.00 which has already been paid leaving the amount of $2,250.00 due and owing to debtor's counsel for legal representation.

Any person who objects to the approval of said fee, must, within 15 days of the date of this notice, file an Objection with the Clerk of the Bankruptcy Court, 900 Market Street, STE 400, Philadelphia, PA 19107, and serve a copy of same upon counsel for the debtor, Tova Weiss, Esquire, 648 2nd Street Pike, Southampton, PA 18966, Phone (215) 364-4900.  In the event of no objection is filed, the Court may approve the Application.

| | |
|---|---|
| Date **February 17, 2021** | Signature **/s/ Tova Weiss**<br>Name **Tova Weiss 74015 PA**<br>Address **Blitshtein & Weiss**<br>**648 2nd Street Pike**<br>**Southampton, PA 18966** |