# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Kevin P. Brennan**
     **Catherine V. Brennan**                    Case No.   **20-12095**

Debtor(s)                                                  Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 17, 2021**, a copy of **Application for Compensation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**All Creditors listed per POCs**

Capital One
**Capital One Auto Finance**
**Mariner Finance**
**Toyota Financial Services**
**Wells Fargo Home Mortgage**
**Midland Credit management, Inc.**
**Quantum 3 Group/Velocity Investments**
**Jefferson Capital Systmes**
**The Bank of Missouri**
**Quantum 3 Group/Comenity Capital Bank**
**Kevin and Catherine Brennan**

          **/s/ Tova Weiss**
          **Tova Weiss**
          **Blitshtein & Weiss**
          **648 2nd Street Pike**
          **Southampton, PA 18966**
          **215-364-4900Fax:215-364-8050**
          **weiss@lawyersbw.com**