# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>KEVIN P BRENNAN<br>CATHERINE V BRENNAN | Case No. 20-12095-mdc |
| Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>KEVIN P BRENNAN<br>CATHERINE V BRENNAN,<br>    Debtors,<br><br>William C. Miller<br>    Respondent | Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

Wells Fargo Bank, N.A. ("Movant"), by and through its legal counsel, hereby withdraws its Objection to Confirmation of Plan (Docket No. 10) filed on May 4, 2020, Doc # 10.

This 19th day of February, 2021.

>   */s/ Andrew Spivack*
>   Andrew Spivack (Bar No. 84439)
>   Attorney for Creditor
>   BROCK & SCOTT, PLLC
>   302 Fellowship Road, Suite 130
>   Mount Laurel, NJ 08054
>   Telephone:  844-856-6646 x3017
>   Facsimile:  704-369-0760
>   E-Mail:  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>KEVIN P BRENNAN<br>CATHERINE V BRENNAN<br><br>Wells Fargo Bank, N.A.,<br>　　　Movant<br><br>vs.<br><br>KEVIN P BRENNAN<br>CATHERINE V BRENNAN,<br>　　　Debtors,<br><br>William C. Miller<br>　　　Respondent | Case No. 20-12095-mdc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

　　I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Plan has been electronically served or mailed, postage prepaid on <u>February 19, 2021</u> to the following:

KEVIN P BRENNAN
CATHERINE V BRENNAN
300 WOODBINE AVE
FEASTERVILLE TREVOSE, PA 19053

Tova Weiss
*Debtors' Attorney*
648 2ND STREET PIKE
SOUTHAMPTON, PA 18966

William C. Miller
*Bankruptcy Trustee*
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

United States Trustee
*US Trustee*
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                */s/ Andrew Spivack*
                Andrew Spivack (Bar No. 84439)
                Attorney for Creditor
                BROCK & SCOTT, PLLC
                302 Fellowship Road, Suite 130
                Mount Laurel, NJ 08054
                Telephone:  844-856-6646 x3017
                Facsimile:  704-369-0760
                E-Mail:  PABKR@brockandscott.com