# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin P. Brennan<br>Catherine V. Brennan<br>     Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns<br>     Movant<br>  vs.<br>Kevin P. Brennan<br>Catherine V. Brennan<br>     Debtor(s)<br>William C. Miller Esq.<br>     Trustee | NO. 20-12095 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **May 19, 2020, docket number 14**.

         Respectfully submitted,

         By: **/s/ Rebecca A. Solarz, Esquire**
         Rebecca A. Solarz
         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA 19106
         215-627-1322
         Attorney for Movant/Applicant

March 1, 2021