**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | Bankruptcy No. 20-12095-mdc |
| | : | |
| Catherine Brennan | : | |
| | : | |
| Debtor | : | |

**CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)**

**AND NOW**, this _____ day of _____, 2020, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

**ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case, the court shall not grant a discharge in the instant case.

Date: 1/28/21

_____          _____
Catherine Brennan                                    TOVA WEISS, Esquire
Debtor                                                        Attorney for Debtor

/s/ LeeAne O. Huggins    March 2, 2021
_____
LeeAne Huggins, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUTPCY JUDGE

**TOVA WEISS**
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966

**Catherine Brennan**
300 Woodbine Avenue
Feasterville Trevose, PA 19053