## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re : Chapter 13
: Bankruptcy No. 20-12095-mdc
:
Catherine Brennan :
:
Debtor :

**CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)**

AND NOW, this __5th__ day of __March__ 2021, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case, the court shall not grant a discharge in the instant case.

Date: 1/28/21

_____          _____
Catherine Brennan                                TOVA WEISS, Esquire
Debtor                                                      Attorney for Debtor


/s/ LeeAne O. Huggins    March 2, 2021
_____
LeeAne Huggins, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

**TOVA WEISS**
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966

**Catherine Brennan**
300 Woodbine Avenue
Feasterville Trevose, PA 19053

1