# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Kevin P. Brennan**
**Catherine V. Brennan**

Case No.    **20-12095**

Debtor(s)

Chapter    **13**

## <u>CERTIFICATE OF NO RESPONSE</u>

I, Tova Weiss, counsel for debtors, Kevin P. Brennan and Catherine V. Brennan, do hereby certify that no response or objection has been received or filed regarding the Application for Compensation filed on February 17, 2021.

/s/Tova Weiss
Tova Weiss, Esquire
Attorney I.D. 74015
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
Attorney for Debtor(s)

Dated: March 8, 2021