United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12095-mdc |
| Kevin P. Brennan | Chapter 13 |
| Catherine V. Brennan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 01, 2021 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin P. Brennan, Catherine V. Brennan, 300 Woodbine Avenue, Feasterville Trevose, PA 19053-4474 |
| 14496783 | | Allen S. Ruane DDS PC, 1603 Rhawn Street, Philadelphia, PA 19111-2917 |
| 14496786 | | Cerulean, P.O Box 6812, Carol Stream, IL 60197-6812 |
| 14496788 | | Emergency Care Serv of PA, P.C., P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 14496789 | | Fortiva Credit Card, Payment Processing, P.O. Box 650847, Dallas, TX 75265-0847 |
| 14496791 | | Holy Redeemer, P. O. Box 781728, Philadelphia, PA 19178-1728 |
| 14496794 | + | Mariner Finance, 1409 E. Lincoln HWY, Suite 18, Levittown, PA 19056-1137 |
| 14500471 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14508800 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14496797 | + | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14496799 | # | ProCo, P..O Box 2462, Aston, PA 19014-0462 |
| 14496800 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14511181 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14503162 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14504054 | + | Toyota Motor Credit Corporation, C/O KML Law Group, Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14561634 | + | Wells Fargo Bank NA, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14498126 | | Wells Fargo Bank, N.A, C/O Mario J. Hanyon, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14561635 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14499201 | | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 14496802 | | Wells Fargo Home Mortgage, P.O. Box 10394, Des Moines, IA 50306-0394 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14496784 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 05:45:28 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14496785 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 02 2021 06:09:05 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14498148 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 02 2021 06:08:58 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14503617 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 02 2021 06:08:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14507730 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 02 2021 05:58:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 20-12095-mdc   Doc 58   Filed 04/03/21   Entered 04/04/21 00:50:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: 155 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14496787 | + | Email/Text: bankruptcy_notifications@ccsusa.com  Apr 02 2021 06:57:00 | | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14496790 | | Email/Text: GenesisFS@ebn.phinsolutions.com  Apr 02 2021 06:57:00 | | Genesis FS Card Services, P.O. Box 4485, Beaverton, OR 97076-4485 |
| 14510682 | | Email/Text: JCAP_BNC_Notices@jcap.com  Apr 02 2021 06:57:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14496795 | | Email/Text: bankruptcy@sccompanies.com  Apr 02 2021 06:56:00 | | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 14496796 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Apr 02 2021 06:56:00 | | Overstock, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14496798 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Apr 02 2021 06:56:00 | | Pier 1 Imports, P.O. Box 659617, San Antonio, TX 78265-9617 |
| 14513996 | | Email/Text: bnc-quantum@quantum3group.com  Apr 02 2021 06:56:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14513995 | | Email/Text: bnc-quantum@quantum3group.com  Apr 02 2021 06:56:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14508872 | | Email/Text: bnc-quantum@quantum3group.com  Apr 02 2021 06:56:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14496801 | + | Email/Text: notices@burt-law.com  Apr 02 2021 06:57:00 | | Velocity Investment, LLC, c/o Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14583954 | + | Email/Text: BKBCNMAIL@carringtonms.com  Apr 02 2021 06:56:00 | | Wilmington Savings Fund Society, FSB as Trustee, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14496792 | | Jefferson Health Physicians |
| 14496793 | | Jefferson University Physicians |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

Name                         Email Address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: 155 | Total Noticed: 36 |

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

TOVA WEISS
    on behalf of Joint Debtor Catherine V. Brennan weiss@lawyersbw.com

TOVA WEISS
    on behalf of Debtor Kevin P. Brennan weiss@lawyersbw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

Case 20-12095-mdc    Doc 58    Filed 04/03/21    Entered 04/04/21 00:50:01    Desc Imaged
                              Certificate of Notice    Page 3 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin P. Brennan and Catherine V. Brennan

    Debtor(s)                                        Chapter: 13

                                                                       Bankruptcy No: 20−12095−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 1, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                             Magdeline D. Coleman
                                                                             Chief Judge ,
                                                                             United States Bankruptcy Court

                                                                                                                                               57 − 9
                                                                                                                                               Form 155