# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kevin P. Brennan**
**Catherine V. Brennan**
Debtor(s)

Case No. **20-12095**
Chapter **13**

## **ORDER**

AND NOW, on this **13th** day of **April**, 2021, upon consideration of the Application for Compensation, notice, opportunity for hearing, and certification of no objection, counsel fees to Tova Weiss, Esquire, are allowed in the following amounts

| | |
|---|---|
| Total Fee Award………………………………………………………. | $4,250.00 |
| Court costs already paid:……………………………………………… | $310.00 |
| Total Expense(s) cost……………………………………………………. | $0 |
| Attorney Fee already paid by Debtor…………………………………. | $2,000.00 |
| Net Amount to be Paid by Trustee…………………….....…………. | $2,250.00 |

The net amount is to be paid by the Trustee to Tova Weiss, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE