United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12095-mdc |
| Kevin P. Brennan | Chapter 13 |
| Catherine V. Brennan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kevin P. Brennan, Catherine V. Brennan, 300 Woodbine Avenue, Feasterville Trevose, PA 19053-4474 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee of Stanwich Mortgage Loan Trust I andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| TOVA WEISS | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Joint Debtor Catherine V. Brennan weiss@lawyersbw.com |
| TOVA WEISS |  |
|  | on behalf of Debtor Kevin P. Brennan weiss@lawyersbw.com |
| United States Trustee |  |
|  | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. |  |
|  | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. |  |
|  | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 10

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Kevin P. Brennan, Catherine V. Brennan, Debtor(s)

Case No. 20-12095
Chapter 13

### ORDER

AND NOW, on this 13th day of April, 2021, upon consideration of the Application for Compensation, notice, opportunity for hearing, and certification of no objection, counsel fees to Tova Weiss, Esquire, are allowed in the following amounts

Total Fee Award………………………………………………….$4,250.00
Court costs already paid:……………………………………….$310.00
Total Expense(s) cost…………………………………………...$0
Attorney Fee already paid by Debtor…………………………..$2,000.00
Net Amount to be Paid by Trustee…………………...………..$2,250.00

The net amount is to be paid by the Trustee to Tova Weiss, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE