UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 2, 2021

To:
**Valerie Smith**

                                In re: **Kevin P. & Catherine V. Brennan**
                                Bankruptcy No. **20-12095MDC**
                                Adversary No.
                                Chapter 13

Re **Transfer of Claim (docket #62)**

The above document(s) were filed in this office on 7-2-21. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ( )        Voluntary Petition
        ( )        Adversary Proceeding
        ( )        $32.00 Filing Fee for Amendments
        (x)        $26.00 Claims Transfer Fee
        ( )        Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                              Timothy B. McGrath
                                              Clerk

                                              By:**Randi Janoff**
                                                  Deputy Clerk

*Fee Notice*
*(12/23/20)*