Certificate Number: 15317-PAE-DE-038710612

Bankruptcy Case Number: 20-12095


15317-PAE-DE-038710612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2024, at 5:46 o'clock PM PDT, Kevin Brennan completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 28, 2024                By:   /s/Madelyn Kotb

Name:  Madelyn Kotb

Title:  Counselor