# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Kevin P. Brennan / Catherine V. Brennan**, Debtor(s)

Case No. **20-12095**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 15, 2024**, a copy of **Suggestion of Bankruptcy and Motion to Waive Financial Management Course** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**All Creditors listed per POCs**

Wimington Savings Fund
**Capital One Auto Finance/Capital One Bank**
**Mariner Finance**
**Toyota Financial Services**
**Wells Fargo Home Mortgage**
**Midland Credit management, Inc.**
**Quantum 3 Group/Velocity Investments**
**Jefferson Capital Systmes**
**The Bank of Missouri**
**Quantum 3 Group/Comenity Capital Bank**
**Portfolio Recovery Services**
**Allen S. Ruane, DDS**
**Kevin Brennan**

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**