# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Kevin P. Brennan / Catherine V. Brennan**, Debtor(s)

Case No. **20-12095**

Chapter **13**

## ORDER

AND NOW, on this _____ day of _____, 2024, upon consideration of the Motion to Waive Financial Management Course/Exemption for Catherine Brennan (deceased) from Financial Management Course it is hereby ORDERED and DECREED that the Financial Management Course is waived/exempted for Debtor Catherine Brennan (deceased).

BY THE COURT:

_____
J.