# LOCAL REGISTRAR'S CERTIFICATION OF DEATH
WARNING: it is illegal to duplicate this copy by photostat or photograph.

Case 20-1209...... Doc 77 Filed 09/15/24 Entered 09/15/24 14:07:04 Desc Main Document Page

## Certification of Death

Disposition Permit Number: **E528079**

State File Number: **386214-2022**

Decedent's Legal Name: **Catherine V. Brennan**

Alias: 

| Date of Death: **July 29, 2022** | |
| --- | --- |

| Age: **63 Years** | Date of Birth: **November 26, 1958** | Birthplace: **Philadelphia, Pennsylvania** | Ever in US Armed Forces: **No** | Social Security Number: **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** | Sex: **Female** |

Marital Status at Time of Death: **Married**

Residence Address: **300 Woodbine Avenue Lower Southampton Township, Pennsylvania 19053**

Residence County: **Bucks**

Surviving Spouse's Name: **Kevin Brennan**

Father / Parent's Name: **Arthur Brookes**

Mother / Parent's Name: **Alberta Erwin**

Informant's Name: **Kevin Brennan**

Informant's Relationship to Decedent: **Spouse**

Place of Death: **Decedent's Residence**

City or Town, State, and Zip Code: **Lower Southampton Township, Pennsylvania 19053**

Place of Death Address: **300 Woodbine Avenue**

County of Death: **Bucks**

Method of Disposition: **Cremation**

Place of Disposition: **L.C. Crematories Inc.**

Location of Disposition: **Levittown, Pennsylvania**

| Date of Disposition: **August 02, 2022** | Time of Death: **12:57** |
| --- | --- |

Name and Address of Funeral Facility: **John F Givnish Funeral Home Inc 10975 Academy Road Philadelphia, Pennsylvania 19154**

Funeral Director: *Theodore J Geitner Jr (Electronically Signed)*

**PART I. Cause of Death:**

| | | Approximate Interval: Onset to Death |
| --- | --- | --- |
| Immediate Cause → a. **Small Cell Lung Cancer** | | **4 Mths** |
| b. <<<>>> | | <<<>>> |
| c. <<<>>> | | <<<>>> |
| d. <<<>>> | | <<<>>> |

**PART II. Other Significant Conditions Contributing to Death:**

<<<>>>

Was an Autopsy Performed? **No**

Were Autopsy Findings Available to Complete Cause of Death? **Unrecorded**

| Date of Injury: | Time of Injury: | Place of Injury: | Injury at Work: |
| --- | --- | --- | --- |

Location of Injury:

Describe How Injury Occurred:

If Transportation Injury, Specify:

Did Tobacco Use Contribute to Death? **Yes**

Pregnant at Time of Death: **Unrecorded**

Manner of Death: **Natural**

Hispanic Origin: **Not Spanish/Hispanic/Latino**

Education: **High School graduate or GED completed**

Decedent's Race: **White**

Usual Occupation: **School Librarian**

Kind of Business/Industry: **Education Industry**

Certifier's Name & Title: *HOSSEM BORGHAEI DO (Signature on File)*

Address: **333 Cottman Avenue Philadelphia, Pennsylvania 19111**

Date Certified: **August 02, 2022**

Registrar's Name/District Number: *Elizabeth A Wurster (Signature on File)*

Date Filed: **August 03, 2022**

46-427

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Elizabeth Wurster*
Local Registrar

AUG -8 2022
Date Issued

*Lisa A. Hasselbrook*
Lisa A. Hasselbrook
State Registrar

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH

H105.805.1    REV (8/20)

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. XXXXXXXXXX

L 920603653

*Exhibit "A"*