B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | **Kevin P. Brennan** | ) |
| | **Catherine V. Brennan** | ) |
| | | ) |
| | | ) |
| | Debtor | ) |
| | | ) |

Case No.
**20-12095**

| Address | **300 Woodbine Avenue** **Feasterville Trevose, PA 19053** | ) |

Chapter    **13**

Last four digits of Social Security or Individual
Tax-payer Identification (ITIN) No(s).,(if any):      **xxx-xx-5136 &  xxx-xx-3559**
Employer's Tax Identification (EIN) No(s). (if any):

## NOTICE OF MOTION TO WAIVE/EXEMPT DEBTOR CATHERINE BRENNAN (dECEASED) FROM FINANCIAL MANAGEMENT COURSE

Counsel for Debtor, Catherine Brennan has filed papers with the court to Waive/Exempt the Debtor (deceased) from the requirement of the Financial Management Course.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the motion then on or before **September 30, 2024** you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response, an answer, explaining your position*} at:

> United States Bankruptcy Court
> Clerk's Office - 4th Floor
> 900 Market Street
> Philadelphia, PA 19107

If you mail your  response before the date stated above.

You must also send a copy to:

> Tova Weiss, Esquire
> 648 2nd Street PIke
> Southampton, PA 18966

Attend the hearing to be scheduled to be held on **October 3, 2024** , at 11:00am p.m.via telephonic hearing 877-873-8017, Access Code  No.: 30227681, Judge Chan.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date  **September 16, 2024**

Signature  **/s/ Tova Weiss**
Name  **Tova Weiss 74015 PA**
Address  **Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**