United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12095-amc |
| Kevin P. Brennan | Chapter 13 |
| Catherine V. Brennan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 27, 2024 | Form ID: 138OBJ | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin P. Brennan, Catherine V. Brennan, 300 Woodbine Avenue, Feasterville Trevose, PA 19053-4474 |
| 14496783 | | Allen S. Ruane DDS PC, 1603 Rhawn Street, Philadelphia, PA 19111-2917 |
| 14597978 | + | Carrington Mortgage Services, LLC, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14496791 | | Holy Redeemer, P. O. Box 781728, Philadelphia, PA 19178-1728 |
| 14496794 | + | Mariner Finance, 1409 E. Lincoln HWY, Suite 18, Levittown, PA 19056-1137 |
| 14496797 | + | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14496799 | | ProCo, P..O Box 2462, Aston, PA 19014-0462 |
| 14496801 | + | Velocity Investment, LLC, c/o Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14561634 | + | Wells Fargo Bank NA, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14498126 | | Wells Fargo Bank, N.A, C/O Mario J. Hanyon, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14496802 | | Wells Fargo Home Mortgage, P.O. Box 10394, Des Moines, IA 50306-0394 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14583954 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2024 00:14:00 | Wilmington Savings Fund Society, FSB as Trustee, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14496786 | | Email/Text: cfcbackoffice@contfinco.com | Sep 28 2024 00:15:00 | Cerulean, P.O Box 6812, Carol Stream, IL 60197-6812 |
| 14496784 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2024 00:53:57 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14496785 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 28 2024 00:39:27 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14498148 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 28 2024 01:05:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14503617 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 28 2024 01:04:57 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14507730 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2024 00:38:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14496787 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 28 2024 00:16:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14496788 | ^ | MEBN | Sep 28 2024 00:00:46 | Emergency Care Serv of PA, P.C., P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 14496789 | ^ | MEBN | Sep 28 2024 00:00:25 | Fortiva Credit Card, Payment Processing, P.O. Box 650847, Dallas, TX 75265-0847 |
| 14496790 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 28 2024 00:16:00 | Genesis FS Card Services, P.O. Box 4485, Beaverton, OR 97076-4485 |
| 14510682 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 28 2024 00:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14500471 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 28 2024 00:15:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14496795 | | Email/Text: bankruptcy@sccompanies.com | Sep 28 2024 00:16:00 | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 14508800 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2024 00:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14496796 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2024 00:15:00 | Overstock, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14619871 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2024 00:39:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14496798 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2024 00:15:00 | Pier 1 Imports, P.O. Box 659617, San Antonio, TX 78265-9617 |
| 14513996 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2024 00:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14513995 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2024 00:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14508872 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2024 00:15:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14620238 | ^ | MEBN | Sep 28 2024 00:00:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14511181 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 28 2024 00:14:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14496800 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 28 2024 00:15:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14504054 | ^ | MEBN | Sep 28 2024 00:00:26 | Toyota Motor Credit Corporation, C/O KML Law Group, Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14503162 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 28 2024 00:14:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14499201 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 28 2024 00:38:38 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14561635 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 28 2024 00:39:24 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 27, 2024 | Form ID: 138OBJ | Total Noticed: 41

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14597979 | | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A An |
| 14496792 | | Jefferson Health Physicians |
| 14496793 | | Jefferson University Physicians |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee of Stanwich Mortgage Loan Trust I andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| TOVA WEISS | on behalf of Debtor Kevin P. Brennan weiss@lawyersbw.com |
| TOVA WEISS | on behalf of Joint Debtor Catherine V. Brennan weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 86 − 79

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Kevin P. Brennan<br><br>  Catherine V. Brennan<br><br>  Debtor(s). | Case No. 20−12095−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 27, 2024                                                    For The Court

                                                                            Timothy B. McGrath
                                                                            Clerk of Court