| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Kevin Brennan and Catherine Brennan | : | Banrkruptcy Case No.: 20-12095 |
| Debtors | : | |

## SUGGESTION OF DEATH and AMENDED MOTION TO WAIVE REQUIREMENT FOR FINANCIAL MANAGEMENT COURSEAND CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

COMES NOW Tova Weiss , counsel for Debtors Kevin Brennan and Catherine Brennan to advise the Court that Debtor Catherine Brennan is deceased, she died on July 29, 2022.

1. Catherine Brennan filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the __Eastern District of Pennsylvania__, which bears the case number __20-12095__.

2. Since Debtor Catherine Brennan died on July 29, 2022 and therefore this request to Waive the Financial Management Courseand to waive the Certification Regarding Domestic Support Obligations is submitted to the Court. (See attached copy of Death Certificate, Exhibit "A")

WHEREFORE, it is respectfully submitted that this Honorable Court Waive the Financial Management Course requirement and the Certification Regarding Domestic Support Obligations.

/s/ Tova Weiss
**Tova Weiss**
Attorney for Defendant
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900**
Fax: **215-364-8050**
**weiss@lawyersbw.com**

10/01/2024