# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Kevin P. Brennan**
**Catherine V. Brennan**
Debtor(s)

Case No. **20-12095**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 1, 2024**, a copy of **Suggestion of Bankruptcy and Motion to Waive Financial Management Course and Certification Regarding Domestic Support Obligations** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**All Creditors listed per POCs**

- Wimington Savings Fund
- Capital One Auto Finance/Capital One Bank
- Mariner Finance
- Toyota Financial Services
- Wells Fargo Home Mortgage
- Midland Credit management, Inc.
- Quantum 3 Group/Velocity Investments
- Jefferson Capital Systmes
- The Bank of Missouri
- Quantum 3 Group/Comenity Capital Bank
- Portfolio Recovery Services
- Allen S. Ruane, DDS
- Kevin Brennan

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900  Fax:215-364-8050**
**weiss@lawyersbw.com**