# Certification of Death

Disposition Permit Number: E528079
State File Number: 386214-2022

**Decedent's Legal Name:** Catherine V. Brennan
**Date of Death:** July 29, 2022
**Alias:**
**Social Security Number:** [redacted]
**Sex:** Female
**Age:** 63 Years
**Date of Birth:** [redacted]
**Birthplace:** Philadelphia, Pennsylvania
**Ever in US Armed Forces:** No
**Marital Status at Time of Death:** Married
**Residence Address:** 300 Woodbine Avenue Lower Southampton Township, Pennsylvania 19053
**Surviving Spouse's Name:** Kevin Brennan
**Residence County:** Bucks
**Father / Parent's Name:** Arthur Brookes
**Mother / Parent's Name:** Alberta Erwin
**Informant's Name:** Kevin Brennan
**Informant's Relationship to Decedent:** Spouse
**Place of Death:** Decedent's Residence
**City or Town, State, and Zip Code:** Lower Southampton Township, Pennsylvania 19053
**Place of Death Address:** 300 Woodbine Avenue
**County of Death:** Bucks
**Method of Disposition:** Cremation
**Place of Disposition:** L.C. Crematories Inc.
**Location of Disposition:** Levittown, Pennsylvania
**Date of Disposition:** August 02, 2022
**Time of Death:** 12:57
**Name and Address of Funeral Facility:** John F Givnish Funeral Home Inc 10975 Academy Road Philadelphia, Pennsylvania 19154
**Funeral Director:** Theodore J Geitner Jr (Electronically Signed)

**PART I. Cause of Death:**

| | | Approximate Interval: Onset to Death |
|---|---|---|
| Immediate Cause | a. Small Cell Lung Cancer | 4 Mths |
| | b. <<<>>> | <<<>>> |
| | c. <<<>>> | <<<>>> |
| | d. <<<>>> | <<<>>> |

**PART II. Other Significant Conditions Contributing to Death:** <<<>>>

**Was an Autopsy Performed?** No
**Were Autopsy Findings Available to Complete Cause of Death?** Unrecorded

**Date of Injury:**
**Time of Injury:**
**Place of Injury:**
**Injury at Work:**
**Location of Injury:**
**Describe How Injury Occurred:**
**If Transportation Injury, Specify:**

**Did Tobacco Use Contribute to Death?** Yes
**Pregnant at Time of Death:** Unrecorded
**Manner of Death:** Natural
**Hispanic Origin:** Not Spanish/Hispanic/Latino
**Education:** High School graduate or GED completed
**Decedent's Race:** White
**Usual Occupation:** School Librarian
**Kind of Business/Industry:** Education Industry

**Certifier's Name & Title:** HOSSEIN BORGHAEI DO (Signature on File)
**Address:** 333 Cottman Avenue Philadelphia, Pennsylvania 19111
**Date Certified:** August 02, 2022
**Registrar's Name/District Number:** Elizabeth A Wurster (Signature on File)    46-427
**Date Filed:** August 03, 2022

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Elizabeth Wurster*    AUG -8 2022
Local Registrar    Date Issued

*Lisa A. Hasselbrook*
Lisa A. Hasselbrook
State Registrar

H105.805.1  REV (8/20)
**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.
L 920603653

Exhibit "A"