# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Kevin P. Brennan / Catherine V. Brennan**, Debtor(s)

Case No. **20-12095**
Chapter **13**

## ORDER

AND NOW, on this _____ day of _____, 2024, upon consideration of the Motion to Waive Financial Management Course and Certification Regarding Domestic Support Obligations for Catherine Brennan (deceased) from Financial Management Course it is hereby ORDERED and DECREED that the Financial Management Course is waived/exempted for Debtor Catherine Brennan (deceased).

BY THE COURT:

_____
J.