# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Kevin P. Brennan / Catherine V. Brennan**
Debtor(s)

Case No. **20-12095**
Chapter **13**

### PRAECIPE TO MARK EXHIBIT "A' DEATH CERTIFICATE AS RESTRICTED DOCUMENT

I, Tova Weiss, counsel for debtors, Kevin P. Brennan and Catherine V. Brennan, do hereby file this Praecipe to mark Exhibit "A' death certificate of Catherine Brennan as restricted as her Social Security Number and Date of Birth were not redacted on Exhibit "A," Docket Number 77 said Ecxhibit "A" has been redacted and was refiled on October1, 2024, Docket Number 91.

Dated: October 1, 2024

/s/Tova Weiss
Tova Weiss, Esquire
Attorney I.D. 74015
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
Attorney for Debtor(s)