# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kevin P. Brennan**
    **Catherine V. Brennan**

Debtor(s)

Case No. **20-12095**

Chapter **13**

## **ORDER**

AND NOW, on this _____ day of _____, 2024, upon consideration of the Praecipe to Restrict Exhibit "A" Death Certificate of Catherine V. Brennan number 77 on the docket shall be marked as RESTRICTED.

BY THE COURT:

_____
J.