*Form 216* (3/23)–doc 96 – 93

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Kevin P. Brennan ) | Case No. 20−12095−amc |
| ) | |
| ) | |
|    Catherine V. Brennan ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## Notice Requiring Fee

A review of the court record indicates that the following outstanding fee is due to the bankruptcy court relating to the filing of the document noted:

Notice of Fee Due $28.00 Re: Praecipe to mark Exhibit "A "Death Certificate as Restricted Document filed by Joint Debtor Catherine V. Brennan, Debtor Kevin P. Brennan (related document(s)93). Fee due by 10/9/2024. (K., Marie)

Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215−408−2800.

If the payment is not processed on or before October 9, 2024, this matter will be referred to the Court.

Date: October 2, 2024                                                                                  For The Court

                                                                                                               Timothy B. McGrath
                                                                                                                Clerk of Court