# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Kevin P. Brennan, Catherine V. Brennan**, Debtor(s)

Case No. **20-12095**
Chapter **13**

## ORDER

AND NOW, on this **8th** day of **Oct.**, 2024, upon consideration of the Praecipe to Restrict Exhibit "A" Death Certificate of Catherine V. Brennan number 77 on the docket shall be marked as RESTRICTED.

BY THE COURT:

_____ J.