United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12095-amc |
| Kevin P. Brennan | Chapter 13 |
| Catherine V. Brennan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin P. Brennan, 300 Woodbine Avenue, Feasterville Trevose, PA 19053-4474 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee of Stanwich Mortgage Loan Trust I andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 08, 2024 | Form ID: pdf900 | Total Noticed: 1

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com

TOVA WEISS
    on behalf of Debtor Kevin P. Brennan weiss@lawyersbw.com

TOVA WEISS
    on behalf of Joint Debtor Catherine V. Brennan weiss@lawyersbw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re: Kevin P. Brennan, Catherine V. Brennan, Debtor(s)

Case No. 20-12095
Chapter 13

### ORDER

AND NOW, on this 8th day of Oct., 2024, upon consideration of the Praecipe to Restrict Exhibit "A" Death Certificate of Catherine V. Brennan number 77 on the docket shall be marked as RESTRICTED.

BY THE COURT:

_____
J.