United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-12095-amc
Kevin P. Brennan  Chapter 13
Catherine V. Brennan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin     Page 1 of 2
Date Rcvd: Nov 01, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Kevin P. Brennan, Catherine V. Brennan, 300 Woodbine Avenue, Feasterville Trevose, PA 19053-4474

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee of Stanwich Mortgage Loan Trust I andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Nov 01, 2024 Form ID: pdf900 Total Noticed: 1

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com

TOVA WEISS
    on behalf of Debtor Kevin P. Brennan weiss@lawyersbw.com

TOVA WEISS
    on behalf of Joint Debtor Catherine V. Brennan weiss@lawyersbw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Kevin P. Brennan, Catherine V. Brennan, Debtor(s)

Case No. 20-12095
Chapter 13

### ORDER

AND NOW, on this **1st** day of **Nov.**, 2024, upon consideration of the Motion to Waive Financial Management Course and Certification Regarding Domestic Support Obligations for Catherine Brennan (deceased) from Financial Management Course it is hereby ORDERED and DECREED that the Financial Management Course is waived/exempted for Debtor Catherine Brennan (deceased).

BY THE COURT:

_____ J.